## ADKINS *v.* THE STATE.

EVANS, J.  The evidence being sufficient to warrant the verdict, and there being no complaint that any error of law was committed on the trial, the discretion of the court in refusing to grant a new trial will not be interfered with.          *Judgment affirmed. All the Justices concur.*

Submitted November 21,—Decided December 21, 1905.

Indictment for rape.  Before Judge Wright.  Floyd superior court.  September 28, 1905.

*George A. H. Harris & Son,* for plaintiff in error.

*W. H. Ennis, solicitor-general, M. B. Eubanks,* and *William Blaine Mebane,* contra.

---

## JOHNSON *v.* THE STATE.

LUMPKIN, J.  No error of law having been complained of, and the presiding judge having overruled the motion for a new trial and thus approved·the verdict, and the evidence being sufficient to sustain it, this court will not interfere.          *Judgment affirmed. All the Justices concur.*

Submitted November 21,—Decided December 21, 1905.

Indictment for arson.  Before Judge Wright.  Floyd superior court.  September 28, 1905.

*George A. H. Harris & Son,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.